UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FARR,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>        Defendant. | Case No. 21-cv-08099-JSW<br><br>**ORDER GRANTING SECOND MOTION TO DISMISS**<br><br>Re: Dkt. No. 20 |

      Defendants filed a motion to dismiss pursuant Federal Rule of Civil Procedure 12(b)(6) on December 22, 2021. (Dkt. No. 7.) On April 21, 2022, this Court granted Defendant's motion in its entirety and as to all causes of action, granting Plaintiff leave to file an amended complaint by no later than May 27, 2022. (Dkt. No. 19.) Plaintiff has not filed or attempted to file an amended complaint. Therefore, Defendants' second motion to dismiss (Dkt. No. 20) is GRANTED and the case is dismissed with prejudice. *See Yourish v. California Amplifier*, 191 F.3d 983, 987-92 (9th Cir. 1999) (affirming the dismissal of a plaintiff's claims, with prejudice, after plaintiff failed to file amended complaint within required timeframe); Fed. R. Civ. Proc. 41(b).

      A separate judgment shall issue and the Clerk is instructed to close this case.

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
JEFFREY S. WHITE
United States District Judge