UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FARR,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>        Defendant. | Case No. 21-cv-08099-JSW<br><br>**JUDGMENT** |

Pursuant to the order issued on July 6, 2022, granting Defendants' second motion to dismiss, the Court HEREBY ENTERS judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
JEFFREY S. WHITE
United States District Judge